Opinion adopted by the Supreme Court.

## CATTLE v. STATE.
### No. 17550.

Court of Criminal Appeals of Texas.
April 24, 1935.

E. A. Martin, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for arson; punishment being two years in the penitentiary. The indictment charges the offense. No bills of exception nor statement of facts appear in the record. In such condition nothing is presented for review.

The judgment is affirmed.